United States District Court
for the
Southern District of Illinois

| | |
|---|---|
| KASSIM ANDERSON, et al., ) | |
| ) | |
| Plaintiffs, ) | Case Number: 13-cv- 00122-MJR-SCW |
| ) | |
| v. ) | |
| ) | |
| AMSTED RAIL CO., INC., ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT IN A CIVIL ACTION**

Pursuant to Plaintiffs' April 11, 2013 Notice of Voluntary Dismissal and Federal Rule of Civil Procedure 41(a)(1), this case was dismissed without prejudice.

Dated: April 15, 2013

NANCY J. ROSENSTENGEL, Clerk
s/ Debbie DeRousse
Deputy Clerk

Approved: s/ Michael J. Reagan
Michael J. Reagan, U.S. District Judge